William F. Vodde *v.* Retirement Board of Allegheny County, Appellant.

Mario M. Dentino *v.* Retirement Board of Allegheny County, Appellant.

Richard E. Powers, Ralph E. Shuster, Robert E. Kennelly, John O. Ingles, Theodore J. Babin, Hymen Morwitz and Jack Zinaman *v.* Retirement Board of Allegheny County, Appellant.

Argued November 2, 1977, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., ROGERS and BLATT.

*Anthony J. Martin,* with him *Martin and Finnegan,* for appellant.

*David R. Cashman,* with him *Franklyn E. Conflenti,* and *Cauley, Birsic & Conflenti,* for appellees.

OPINION BY JUDGE BLATT, January 24, 1978:

The Retirement Board of Allegheny County (Board) has appealed from an order of the Court of Common Pleas of Allegheny County which held that Court Stenographers' transcript fees were to be included as "compensation" for retirement benefits determination.

The Appellees, William F. Vodde, Mario M. Dentino, Richard E. Powers, Ralph E. Shuster, Robert E. Kennelly, John O. Ingles, Theodore J. Babin, Hymen Morwitz and Jack Zinaman instituted and consolidated actions in mandamus to compel the Board to include county transcript and folio fees in computing their contributions to the county retirement fund.

344

The Employes' Retirement System Act provides that:

> The retirement allowance paid under the provisions of this article shall equal fifty per centum of the amount which would constitute the average monthly compensation as received by the county employe. . . .

Act of July 28, 1953, P.L. 723, *as amended,* 16 P.S. §4712(a).

Appellees argue and the lower court held that "average monthly compensation" includes both court stenographer's salary and transcript folio fees as decided by the Supreme Court in *Rockwell v. York County Retirement Board,* 405 Pa. 406, 175 A.2d 831 (1961). This Court recently followed *Rockwell, supra,* and held that the term "compensation" does include fees as well as court stenographer's salary and we, therefore, affirm the decision of the lower court. *See Joseph H. Newhouse v. Board of Pensions and Retirement of the City of Philadelphia,* 33 Pa. Commonwealth Ct. 81,      A.2d      (1977).

ORDER

AND Now, this 24th day of January, 1978, the order of the Court of Common Pleas of Allegheny County in the above-captioned matter is affirmed.